No. 1262, Misc.  MUTTER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *James L. Mayson* for petitioner.  *Solicitor General Griswold, Acting Assistant Attorney General Kossack,* and *Beatrice Rosenberg* for the United States.

No. 1281, Misc.  JONES *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Stanley A. Bass* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1291, Misc.  PALUMBO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1299, Misc.  MURDOCK *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 1305, Misc.  COLON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1308, Misc.  FEARING *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1341, Misc.  MALONEY ET AL. *v.* UNITED STATES. C. A. 1st Cir.  Certiorari denied.  *Francis J. Kiernan* for petitioners.  *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.